

# Fourth Court of Appeals
## San Antonio, Texas

January 3, 2019

No. 04-18-00793-CR

The **STATE** of Texas,
Appellant

v.

Anthony Otis **STRAIT**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 10177CR
Honorable Spencer W. Brown, Judge Presiding

## O R D E R

The State filed a notice of appeal in this appeal on October 22, 2018, stating it was appealing the Order on Motion to Recuse and Jeopardy Motion for Dismissal signed by the trial court on October 15, 2018. The clerk's record was filed in this appeal on December 28, 2018; however, the clerk's record does not contain an appealable order.

Having reviewed the order referenced in the notice of appeal that is contained in the clerk's record in other appeals, it appears the trial court struck through the underlying trial cause number on the exhibit listing the trial court cause numbers to which the trial court's ruling applied. It is therefore ORDERED that the State show cause in writing within two weeks from the date of this order why this appeal should not be dismissed for lack of jurisdiction because no final, appealable order has been entered in the underlying cause.

_____
Luz Elena D. Chapa

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court